UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY RAY SHANEE MALDONADO,                     No.  2:25-cv-03548-DJC-CKD

               Plaintiff,

        v.                                              ORDER

MULE CREEK STATE PRISON, et al.,

              Defendants.

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 06, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 8) are adopted in full;

    2.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;

3.  Plaintiff is ordered to pay the $405 filing fee within fourteen days from the filed date of this order.  Plaintiff is advised that failure to pay the filing fee within the time permitted will result in the dismissal of this action; and

4.  This matter is referred back to the assigned Magistrate Judge

IT IS SO ORDERED.

Dated:   **May 14, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mald25cv3548.800

2