UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY RAY SHANEE MALDONADO,

Plaintiff,

v.

MULE CREEK STATE PRISON, et al.,

Defendants.

No.  2:25-cv-03548-DJC-CKD

ORDER

On May 15, 2026, Plaintiff's application to proceed in forma pauperis was denied and Plaintiff was ordered to pay the $405 filing fee within fourteen days.  (ECF No. 9.)  Plaintiff was advised that failure to pay the filing fee within the time permitted would result in the dismissal of this action.  Plaintiff has not paid the filing fee.  Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  __**June 29, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1